| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>James G. Beirne (CSB# 163755)<br>James G. Beirne<br>520 E. Wilson Avenue, Suite 110<br>Glendale, CA 91206<br>Email: bankruptcy@lawcenterca.com<br>Tel: (818) 552-4500<br>Fax: (818) 552-2752<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 27 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNANDO* DIVISION** ||
| In re: Maria Elena Lim Gestopa & Rene E. Gestopa | CASE NO.:1:10-bk-11372-MT<br>CHAPTER: 13 |
| | **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** |
| | DATE: April 13, 2010<br>TIME: 9:00am<br>COURTROOM: 302<br>PLACE: 21041 Burbank Blvd<br>           Woodland Hills, CA 91367 |
| Debtor(s). | |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *BAC Home Loans Servicing, LP acct# ending in 7131*

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

   *Street Address:*         8554 Dorrington Avenue
   *Unit Number:*
   *City, State, Zip Code:*  Panorama City, CA 91402

   Legal description or document recording number (including county of recording):

   ☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

    a. *BAC Home Loans Servicing, LP acct# ending in 4599* in the amount of $ *400,000.00*.

    b. *BAC Home Loans Servicing, LP acct# ending in 7131* in the amount of $ *181,133.12*  ☒ is  ☐ is not to be avoided;

    c. *Name of holder of 3rd lien* in the amount of $ *Amount of lien* ☐ is ☐ is not  to be avoided;

    ☐ See attached page for any additional encumbrance(s).

4. The motion is:

    a. ☐ DENIED  ☐ with  ☐ without  prejudice, on the following grounds:

        1. ☐ Based upon the findings and conclusions made on the record at the hearing
        2. ☐ Unexcused non-appearance by Movant
        3. ☐ Lack of proper service
        4. ☐ Lack of evidence supporting motion
        5. ☐ Other (specify):

    b. ☒ GRANTED on the following terms:

        i. The Subject Property is valued at no more than $ *360,000.00* based on adequate evidence.

        ii. This avoidance of the respondent's junior lien is effective upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

        iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

        iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

        v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

        vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

        vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

    viii.   In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

    ix.   ☐ See attached continuation page for additional provisions.

###

DATED:

DATED: April 27, 2011

*/s/ Maureen A. Tighe*
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*   Page 3   **F 4003-2.4.ORDER**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

520 E. Wilson Avenue, Ste 110, Glendale, CA 91206

A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ***Fill in Date Document is Filed***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 4*/15/2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/15/2011 | Mary Quincy L. Bacud | /s/ Mary Quincy L. Bacud |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order On Motion to Avoid Junior Lien on Real Property

| In re    Maria Elena Lim Gestopa & Rene E. Gestopa | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 1:10-bk-11372-MT |

Maria Elena Lim Gestopa
Rene E, Gestopa
8554 Dorrington Avenue
Panorama City, CA 91402


BAC Home Loans            (CERTIFIED MAIL)
400 Countrywide Way
Simi Valley CA 93065

Bank of America           (CERTIFIED MAIL)
P.O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

BANK OF AMERICA           (CERTIFIED MAIL)
P.O.Box 5170
Simi Valley CA 93062

Bank of America           (CERTIFIED MAIL)
PO Box 30750
Los Angeles, CA 90030

Bank of America           (CERTIFIED MAIL)
100 North Tryon Building
Charlotte, NC 28255

Brian Moynihan – CEO      (CERTIFIED MAIL)
Bank of America
525 N Tryon Building
Charlotte, NC 28255

Bank of America           (CERTIFIED MAIL)
Bankruptcy Department
201 N Tryon Building
Charlotte, CA 28255

Bank of America Mortgage  (CERTIFIED MAIL)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117-0933

Agent for Service Process  (CERTIFIED MAIL)
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                      Page 5                              F 4003-2.4.ORDER

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**  was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_4/15/2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth Rojas – cacb_ecf_sv@ch13wla.com
Office of the US Trustee – ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Maria Elena & Rene Gestopa
8554 Dorrington Avenue
Panorama City, CA 91402

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

Order On Motion to Avoid Junior Lien on Real Property

| In re    Maria Elena Lim Gestopa & Rene E. Gestopa | CHAPTER:13 |
|---|---|
| Debtor(s). | CASE NO.: 1:10-bk-11372-MT |

```
BAC Home Loans          (CERTIFIED MAIL)
400 Countrywide Way
Simi Valley CA 93065

Bank of America         (CERTIFIED MAIL)
P.O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

BANK OF AMERICA         (CERTIFIED MAIL)
P.O.Box 5170
Simi Valley CA 93062

Bank of America         (CERTIFIED MAIL)
PO Box 30750
Los Angeles, CA 90030

Bank of America         (CERTIFIED MAIL)
100 North Tryon Building
Charlotte, NC 28255

Brian Moynihan - CEO    (CERTIFIED MAIL)
Bank of America
525 N Tryon Building
Charlotte, NC 28255

Bank of America         (CERTIFIED MAIL)
Bankruptcy Department
201 N Tryon Building
Charlotte, CA 28255

Bank of America Mortgage    (CERTIFIED MAIL)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117-0933

Agent for Service Process   (CERTIFIED MAIL)
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017
```

United States Bankruptcy Court
Central District of California

# Attn: Honorable Maureen M. Tighe

21041 Burbank Boulevard, Suite 325 / Courtroom 302
Woodland Hills, CA 91367

US Bankruptcy Court
21041 Burbank Blvd
Woodland Hills, CA 91367

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                        Page 7                                        **F 4003-2.4.ORDER**